UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CAMERON, | CASE NO. C09-1796JLR |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| OHIO CASUALTY, | |
| Defendant. | |

On July 12, 2010, the court entered an order granting the motion to withdraw filed by counsel for Plaintiff David Cameron. (Dkt. # 14.) The court stayed the deadlines in the case to allow Mr. Cameron an opportunity to obtain new counsel. (*Id.* at 3.) The court ordered Mr. Cameron to do one of the following within 30 days of entry of the court's order: (1) obtain new counsel; (2) file a motion seeking an order of substitution permitting him to proceed pro se;[1] or (3) file a status report informing the court of his

---

[1] *See* Local Rules W.D. Wash. GR 2(g)(2).

ORDER- 1

1 | efforts to obtain new counsel. (*Id.*)  The court warned Mr. Cameron that failure to
2 | comply with the court's order could result in the dismissal of his case. (*Id.*)
3 |     More than 30 days have now passed since the court filed its order.  New counsel
4 | has not filed a notice of appearance, nor has Mr. Cameron filed either a motion to
5 | proceed pro se or a status report regarding his efforts to obtain counsel.  Accordingly, the
6 | court DISMISSES this action without prejudice for failure to comply with the court's
7 | order.
8 |     Dated this 19th day of August, 2010.

 

/s/ James L. Robart

JAMES L. ROBART
United States District Judge

ORDER- 2